IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRE ROSE,<br><br>*Defendant.* | Case No. 1:24-mj-247 |

### AFFIDAVIT IN SUPPORT OF A
### <u>CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Jesse Adams, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since 2018. I am currently assigned to the Washington Field Division's Falls Church Group II. My assignments include investigating individuals who are involved in the illegal possession and transfer of firearms, violent crimes involving firearms, thefts and burglaries of Federal Firearm Licensees ("FFLs"), commercial robberies, and armed narcotics trafficking. As an ATF Special Agent, I have authority to execute arrest and search warrants under the authority of the United States. *See* 18 U.S.C. § 3051. Prior to my appointment with the ATF, I was a sworn law enforcement officer with the United States Marshals Service for over four years, and a sworn law enforcement officer with the Commonwealth of Virginia for over seven years.

2. I submit this affidavit in support of a criminal complaint and arrest warrant charging **TRE ROSE** ("ROSE") with aiding and abetting the making of false statements with respect to information required to be kept in the records of an FFL, in violation of 18 U.S.C.

1

§§ 924(a)(1)(A) and 2.

3.      The facts and information contained in this affidavit are based upon my personal knowledge, training, and experience, as well as information and evidence obtained from other law enforcement officials and witnesses. All observations I did not personally make were relayed to me by the individuals who made them or come from my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

4.      All firearms referenced in this affidavit are "firearms" as defined by 18 U.S.C. § 921(a)(3). None of the firearms referenced in this affidavit were manufactured in the Commonwealth of Virginia; therefore, they traveled in and/or affected interstate and/or foreign commerce.

## PROBABLE CAUSE

5.      This investigation stems from a firearm-related homicide that occurred on or about October 21, 2019, in Prince William County, Virginia, within the Eastern District of Virginia. In the course of assisting the Prince William County Police Department with its investigation, ATF agents discovered evidence suggesting that, between approximately September 18, 2019 and October 17, 2019, a co-conspirator whose identify is known to me but who for purposes of this affidavit I will refer to as CC-1, straw-purchased five Glock pistols from FFLS located within the Eastern District of Virginia.

6.      Through my training and experience, I am aware that federal law prohibits FFLs from selling a firearm to a non-licensee purchaser "unless the [FFL] records the transaction on a firearms transaction record, Form 4473." 27 C.F.R. § 478.124(a). The law further requires FFLs

2

to retain "as a part of the required records, each Form 4473 obtained in the course of transferring custody of the firearms." *Id.* § 478.124(b). Accordingly, any false statement a purchaser makes on a Form 4473 pertains to information an FFL is required by law to maintain.

7. For each of the five firearms that CC-1 purchased from the FFLs in five separate transactions, CC-1 was required by law to truthfully fill out an ATF Form 4473. In 2019, Question 11.a. on ATF Form 4473 read:

> Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.**

On each occasion, CC-1 responded "yes" to Question 11.a.

8. In Section 14 of each ATF Form 4473, CC-1 certified by signature that his answers on the form were "true, correct, and complete," and that he understood that "making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to [the] transaction, is a crime punishable as a felony under Federal law."

A. Recovery of Five Firearms Purchased by CC-1 in 2019

9. The following chart reflects information about the firearms that CC-1 purchased in less than one month's time, including each firearm's "time to crime," *i.e.*, the period of time that elapsed between the first retail sale of the firearm and law enforcement's recovery of that firearm following its use, or suspected use, in a crime:

|  | Date Purchased | Make | Model | Caliber | Serial No. | FFL | Date Recovered | Time to Crime |
|---|---|---|---|---|---|---|---|---|
| Firearm 1 | 09/18/19 | Glock | 23 | .40 S&W | LCT134 | SSG | 11/30/19 | 73 days |
| Firearm 2 | 10/10/19 | Glock | 27 | .40 S&W | BKWX908 | SSG | 11/15/19 | 36 days |
| Firearm 3 | 10/11/19 | Glock | 30 | .45 ACP | BEDS090 | Liberty | 01/17/21 | 464 days |
| Firearm 4 | 10/14/19 | Glock | 27 | .40 S&W | BKGP937 | SSG | 11/7/19 | 24 days |
| Firearm 5 | 10/17/19 | Glock | 26 | 9mm | BGBS298 | Gander | 11/16/19 | 84 days |

10. On or about October 10, 2019, CC-1 purchased Firearm 2 from SSG Tactical, an FFL located in Fredericksburg, Virginia. ATF obtained surveillance video from SSG Tactical from the day of the purchase. The surveillance video shows that earlier in the day, **ROSE** and a co-conspirator whose identity is known to me but who for purposes of this affidavit I will refer to as CC-2, both of whom are known associates of CC-1 and convicted felons prohibited from possessing firearms, approached SSG Tactical from an area beyond the view of the FFL's exterior cameras and entered the store together at approximately 5:49pm. The video footage shows that **ROSE** and CC-2 perused the pistols on display before leaving the store less than 15 minutes later. Approximately three minutes after **ROSE** and CC-2 exited SSG Tactical and walked away, CC-1 approached the store on foot from the same direction and entered the store. CC-1 immediately proceeded to the rear left corner of the store where the Glock firearms were displayed. Within two minutes, CC-1 selected for purchase Firearm 2 from the same display case that **ROSE** and CC-2 had just perused. CC-1 completed the paperwork required to purchase the firearm, paid for it, and left SSG Tactical with it.

11. Firearm 2 was recovered the following month in the possession of a different individual in Alexandria, Virginia.

12. On or about November 7, 2019, Firearm 4 was recovered from **ROSE's** person during a search incident to his arrest.

13. On or about November 13, 2019, ATF executed a federal search warrant at **ROSE's** residence in Fredericksburg, Virginia. ATF recovered two Glock firearm boxes marked with serial numbers matching two of the firearms CC-1 purchased (specifically, Firearm 2 and Firearm 4).

4

14.     On or about November 16, 2019, Firearm 5 was recovered from an individual who claimed to have purchased it from CC-2. That firearm was later determined to be the weapon used in the October 21, 2019 homicide mentioned above.

B.      **ROSE** Interview

15.     On or about November 13, 2019, detectives with the Prince William County Police Department interviewed **ROSE** after mirandizing him. During the interview, **ROSE** stated that CC-1 obtained firearms for him and a co-conspirator whose identify is known to me but who for purposes of this affidavit I will refer to as CC-3. **ROSE** admitted that CC-1 purchased multiple firearms for him. **ROSE** stated that he provided CC-1 with cash and marijuana in exchange for purchasing the firearms. **ROSE** stated that CC-1 purchased Firearm 4—i.e., the firearm that **ROSE** had on him when he was arrested on or about November 7, 2019. **ROSE** also stated that CC-1 purchased Firearm 5—i.e., the firearm used in the homicide.

C.      Preliminary Analysis of **ROSE's** Instagram Account

16.     As part of this investigation, law enforcement reviewed music videos publicly posted to YouTube featuring an individual that law enforcement recognized as **ROSE**. At the conclusion of the videos, **ROSE** frequently advertised his Instagram user identities so that interested individuals could "follow" him on the social media platform. Specifically, **ROSE** is observed in music videos uploaded to YouTube identifying his Instagram username as "tresavagee.y100."

17.     A review of the public Instagram account tresavagee.y100 revealed numerous photographs of an individual that law enforcement recognized as **ROSE**, including some photographs of **ROSE** in possession of firearms. For instance, on or about October 15, 2019, the user of that handle posted a photo that shows **ROSE** holding four firearms with another two

5

firearms visible on his lap. Of those six firearms, four of them, based on my training and experience, appear to be Glock pistols in the same models as the four firearms that CC-1 had purchased by that point.

18. On or about March 21, 2024, I obtained a federal warrant authorizing the search of Instagram account tresvagee.y100. A review of the records provided pursuant to that search warrant show that on several occasions other Instagram accounts refer to the user of tresavagee.y100 as **ROSE**. In addition, on several occasions the user of Instagram account tresavagee.y100 refers to himself as **ROSE**.

19. The Instagram records also show communications between tresavagee.y100 and another Instagram account that, based on publicly available photographs associated with it, I believe to belong to CC-1.

20. On or about September 18, 2019—the day CC-1 purchased Firearm 1—**ROSE** and CC-1 exchanged the following messages[1]:

---

[1] CC-1's Instagram handle has been redacted.

> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-09-18 18:48:49 UTC
> **Body** You got any charges ?
>
> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-09-18 18:48:56 UTC
> **Body** Ill pay you to get me a dawg
>
> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-09-18 18:49:08 UTC
> **Body** Just report it stolen
>
> **Author** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> **Sent** 2019-09-18 18:50:12 UTC
> **Body** How much u going pay me
>
> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-09-18 18:52:10 UTC
> **Body** 50 n some gas

Based on my training and experience, I know that "dawg" and "gas" are slang terms for firearm and marijuana, respectively.

21.     On or about October 10, 2019—the day CC-1 purchased Firearm 2—**ROSE** and CC-1 exchanged the following messages:

7

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 20:50:56 UTC
    **Body** Damn brodie

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 20:51:03 UTC
    **Body** Aight doe bruh

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 20:51:12 UTC
    **Body** We waitin out front

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 20:52:17 UTC
    **Body** Ima just go to da store rq im be like 15 mins you be good by den ?

  **Author** [redacted]
    **Sent** 2019-10-10 20:55:45 UTC
    **Body** Idk

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 20:56:10 UTC
    **Body** Damn bruh i need this shit getting wicked bruh niggas jah on ny ass rn

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 20:56:53 UTC
    **Body** Da place close @ 7

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 20:57:55 UTC
    **Body** I wouldnt be pressin if i aint need it brudda

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 21:10:49 UTC
    **Body** You good brodie ?

  **Author** [redacted]
    **Sent** 2019-10-10 21:14:26 UTC
    **Body** Yeah give me 5 min

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 21:14:41 UTC
    **Body** Aight bet we gon be out frizont

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 21:22:39 UTC
    **Body** You ready ?

  **Author** [redacted]
    **Sent** 2019-10-10 21:23:16 UTC
    **Body** Yeah

  **Author** tresavagee.y100 (Instagram: 12403738688)
    **Sent** 2019-10-10 21:29:40 UTC
    **Body** We outside

22.   On the same day, **ROSE** and CC-1 exchanged the following messages:

    **Author** ███████
      **Sent** 2019-10-10 21:31:54 UTC
      **Body** Arrd im looking for my wallet

    **Author** tresavagee.y100 (Instagram: 12403738688)
      **Sent** 2019-10-10 21:32:00 UTC
      **Body** Aight

    **Author** tresavagee.y100 (Instagram: 12403738688)
      **Sent** 2019-10-10 22:16:02 UTC
      **Body** Shit good brudda ?

The surveillance video from SSG Tactical on or about October 10, 2019, shows an individual that law enforcement recognizes as CC-1 enter SSG Tactical at approximately 6:06pm and leave at approximately 6:48pm. Therefore, the last message was sent while CC-1 was inside SSG Tactical.[2]

    23.    On or about October 11, 2019—the day CC-1 purchased Firearm 3— **ROSE** and CC-1 exchanged the following messages:

---

[2] In October of 2019, Eastern Daylight Time ("EDT") was four hours behind Coordinated Universal Time ("UTC").

> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-10-11 14:49:10 UTC
> **Body** Yoyo brudda smith
>
> **Author** ███████████
> **Sent** 2019-10-11 15:56:47 UTC
> **Body** Yo i just woke up and my step fsther told me i shouod go get another joint for ah notber week or later
>
> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-10-11 16:14:25 UTC
> **Body** Damn i sold my joint last niggt☐☐☐♂
>
> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-10-11 16:14:30 UTC
> **Body** For 700
>
> **Author** ███████████
> **Sent** 2019-10-11 19:21:32 UTC
> **Body** Wtf bruh
>
> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-10-11 20:09:22 UTC
> **Body** Bruh i gotta help my favah pay bills he needed 100
>
> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-10-11 20:09:41 UTC
> **Body** I got you with some bread of you get dis last joint
>
> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-10-11 20:10:02 UTC
> **Body** Idgaf bout dem ova niggas frfr
>
> **Author** ███████████
> **Sent** 2019-10-11 20:10:45 UTC
> **Body** We gotta get it from somewhere else abd how much

24. On or about October 17, 2019—the day CC-1 purchased Firearm 5— **ROSE** and CC-1 exchanged the following messages:

> **Author** ███████████
> **Sent** 2019-10-17 22:42:50 UTC
> **Body** Im here nigga wya
>
> **Author** tresavagee.y100 (Instagram: 12403738688)
> **Sent** 2019-10-17 22:43:20 UTC
> **Body** Passing chipotle

10

## CONCLUSION

Based upon the foregoing facts, I submit there is probable cause to conclude that, on or about October 10, 2019, within the Eastern District of Virginia, the defendant, TRE ROSE, did knowingly aid and abet the making of a false statement with respect to information required to be kept in the records of an FFL, in violation of 18 U.S.C. §§ 924(a)(1)(A) and 2.

JESSE ADAMS
Digitally signed by JESSE ADAMS
Date: 2024.06.17 11:38:56 -04'00'

Jesse Adams, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 via telephone on June 17, 2024.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2024.06.17 15:16:56 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge